**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re:  JAMES E CONNORS<br>VIRGINIA M CONNORS<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 07-09137 |

-----------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 05/18/2007.

    2)    This case was confirmed on 07/18/2007.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/09/2009.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on 04/04/2008, 10/08/2009, 01/25/2011, 10/19/2011.

    5)    The case was converted on 12/27/2011.

    6)    Number of months from filing to the last payment:  54

    7)    Number of months case was pending:  56

    8)    Total value of assets abandoned by court order:  NA

    9)    Total value of assets exempted: $   38,725.00

    10)    Amount of unsecured claims discharged without payment $      .00

    11)    All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 25,510.00 |
| Less amount refunded to debtor | $ | 39.69 |
| **NET RECEIPTS** | $ | 25,470.31 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 1,676.44 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,176.44 |
| Attorney fees paid and disclosed by debtor | $ | 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SAXON MORTGAGE | SECURED | NA | 137,109.12 | .00 | .00 | .00 |
| SAXON MORTGAGE | SECURED | 5,000.00 | 4,726.35 | 1,710.97 | 1,710.97 | .00 |
| AMERICREDIT | SECURED | 13,931.00 | 12,787.22 | 12,787.22 | 12,787.22 | 2,721.35 |
| INTERNAL REVENUE SER | UNSECURED | 1,000.00 | 1,061.30 | 1,061.30 | 141.94 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 558.00 | .00 | 567.42 | 61.53 | .00 |
| CENTRAL CREDIT SERVI | OTHER | NA | NA | NA | .00 | .00 |
| HAWTHORNE CU | UNSECURED | 3,864.00 | 3,755.00 | 3,755.00 | 502.21 | .00 |
| COLUMBUS BANK & TRUS | UNSECURED | 2,131.00 | NA | NA | .00 | .00 |
| PROVIDIAN | UNSECURED | 1,989.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 453.00 | 344.86 | 344.86 | 37.41 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 63,056.00 | 63,339.59 | .00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 561.00 | 573.84 | 573.84 | 62.23 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 5,959.00 | 5,959.27 | 5,959.27 | 797.01 | .00 |
| ZWICKER & ASSOCIATES | OTHER | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,848.00 | 2,848.83 | 2,848.83 | 381.02 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 280.00 | 280.64 | 280.64 | 37.54 | .00 |
| FIGIS INC | UNSECURED | 117.94 | .00 | 117.94 | 15.77 | .00 |
| MERCY HOSPITAL/TQSA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| TROY Q SMITH @ ASSOC | OTHER | NA | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | NA | NA | NA | .00 | .00 |
| SWISS COLONY | UNSECURED | 42.89 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 2,188.00 | 2,188.47 | 2,188.47 | 292.69 | .00 |
| POWELL, ROGERS & SPE | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Scheduled Creditors:

 Creditor                        Claim         Claim         Claim        Principal      Int.
  Name              Class        Scheduled     Asserted      Allowed      Paid           Paid

 SEARS CARD         UNSECURED    5,169.60      NA            NA           .00            .00
 PIONEER CREDIT RECOV OTHER      NA            NA            NA           .00            .00
 APEX FINANCIAL MGMT OTHER       NA            NA            NA           .00            .00
 AMERICAN UNITED LIFE UNSECURED  8,024.00      NA            NA           .00            .00
 FREEDMAN ANSELMO LIN OTHER      NA            NA            NA           .00            .00
 PORTFOLIO RECOVERY A UNSECURED  NA            5,500.94      5,500.94     735.71         .00
 HAWTHORNE CREDIT UNI UNSECURED  NA            4,833.55      4,833.55     646.45         .00
 INTERNAL REVENUE SER PRIORITY   NA            362.82        362.82       362.82         .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,710.97 | 1,710.97 | .00 |
| Debt Secured by Vehicle | 12,787.22 | 12,787.22 | 2,721.35 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,498.19 | 14,498.19 | 2,721.35 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 362.82 | 362.82 | .00 |
| **TOTAL PRIORITY:** | 362.82 | 362.82 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 28,032.06 | 3,711.51 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,176.44 |
| Disbursements to Creditors | $ | 21,293.87 |
| **TOTAL DISBURSEMENTS:** | $ | 25,470.31 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   01/20/2012              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**